```
LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 240609]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RICHARD E. FITTRO, | No. EDCV 22-11 PLA |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED SIXTY-EIGHT DOLLARS AND 56/100 ($4,468.56), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 12/6/2022           _____
                          HON. PAUL L. ABRAMS,
                          UNITED STATES MAGISTRATE JUDGE